UNEXCELLED LAUNDRY SYSTEM, INC., Appellant, *v.* OTTO ESEMANN, Respondent.

Argued January 21, 1937; decided March 9, 1937.

*Charles Burston* for appellant.

*Paul W. Hessel* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part; HUBBS, J.